```
1   Cheryl C. Rouse, Esquire. (CA Bar #118313)
    Norman P. Bahlert, Esquire (CA Bar #135693)
2   **LAW OFFICES OF ROUSE & BAHLERT**
    345 Franklin Street
3   San Francisco, CA  94102
4   Telephone: (415) 575-9444
    Facsimile:  (415) 575-9440
5
6   Counsel for Plaintiff, Chase Bank USA, N.A.
7
8                  UNITED STATES BANKRUPTCY COURT
                   NORTHERN DISTRICT OF CALIFORNIA
9                          SAN JOSE DIVISION
10
11  IN RE:  MARTIN CARDENAS GARCIA              CASE NO. 09-59711
            MARIA DE LOURDEZ GONZALEZ           CHAPTER 7
12          ESPINOZA aka MARIA DE LOURDES
            GONZALEZ ESPINOZA
13          aka LOURDES GONZALEZ,
14
                    DEBTORS.
15  _____/
    CHASE BANK USA, N.A.,
16
17          PLAINTIFF,                          ADV. PROC. NO. 10-05023
18          vs.
19  LOURDES GONZALEZ
    aka MARIA DE LOURDEZ GONZALEZ ESPINOZA
20  aka MARIA DE LOURDES GONZALEZ ESPINOZA,
21
                    DEFENDANT.
22  _____/
23             **JOINT STIPULATION TO DISMISSAL**
24
        Chase Bank USA, N.A. ("Plaintiff"), and Lourdes Gonzalez aka Maria de Lourdez
25
26  Gonzalez Espinoza aka Maria de Lourdes Gonzalez Espinoza ("Defendant"), by and through
27
28
    JOINT STIPULATION TO DISMISSAL           1
```

their undersigned counsel, hereby agree to dismiss the above-captioned matter and represent as follows:

1. On November 6, 2009, the Defendant filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code.

2. On February 7, 2010, Plaintiff timely filed its Complaint Objecting to the Dischargeability of Debt Under 11 U.S.C. §§§ 523(a)(2)(A), (a)(2)(C), and (a)(14A) and commenced the instant action.

3. The parties have reached a mutually acceptable resolution of this matter.

4. The parties may dismiss this action pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure and Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

5. The parties agree that each party shall bear its own costs and fees with respect to this adversary proceeding, including but not limited to a claim for attorneys' fees and costs pursuant to 11 U.S.C. §523(d).

WHEREFORE, the parties pray this Honorable Court for an Order approving the instant Joint Stipulation of Dismissal of this adversary proceeding with prejudice.

Respectfully submitted,

**LAW OFFICES OF ROUSE & BAHLERT**

Dated: August 18, 2010  By: /s/ Cheryl C. Rouse
Cheryl C. Rouse
Attorney for Plaintiff

**ALEXANDER COMMUNITY LAW CENTER**

Dated: August 10, 2010  By: /s/ Gary Neustadter
Gary Neustadter
Attorney for Defendant

JOINT STIPULATION TO DISMISSAL  2